IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                 :
                                       :        In Chapter 13
           ROBERT STEWART              :
                                       :        Bankruptcy No. 17-12048 (MDC)
                       Debtor.         :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #19) which was filed on September 21, 2017.

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: February 13, 2018        By:   */s/ Joshua Domer*
                                               JOSHUA DOMER
                                               Assistant City Solicitor
                                               PA Attorney I.D. 319190
                                               Attorney for the City of Philadelphia
                                               City of Philadelphia Law Department
                                               Municipal Services Building
                                               1401 JFK Boulevard, 5th Floor
                                               Philadelphia, PA  19102-1595
                                               215-686-0519 (phone)
                                               Email: Joshua.Domer@phila.gov