IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                          :
                                                :    In Chapter 13
    ROBERT STEWART                      :
                                                :    Bankruptcy No. 17-12048 (MDC)
                                Debtor.   :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan (Document #37) which was filed on February 28, 2018.

                                          Respectfully submitted,

                                          THE CITY OF PHILADELPHIA

Dated: April 13, 2018          By:    */s/ Joshua Domer*
                                                JOSHUA DOMER
                                                Assistant City Solicitor
                                                PA Attorney I.D. 319190
                                                Attorney for the City of Philadelphia
                                                       and/or
                                                Water Revenue Bureau
                                                City of Philadelphia Law Department
                                                Municipal Services Building
                                                1401 JFK Boulevard, 5th Floor
                                                Philadelphia, PA 19102-1595
                                                215-686-0519 (phone)
                                                Email: Joshua.Domer@phila.gov