# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12048-MDC

ROBERT STEWART

2041 WEST INDIANA AVENUE

PHILADELPHIA, PA 19132-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBERT STEWART

    2041 WEST INDIANA AVENUE

    PHILADELPHIA, PA 19132-

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER BOKAS
    20 WEST 3RD ST

    MEDIA, PA 19063-

Date: 7/16/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee