United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert Stewart
Robert Stewart
    Debtors

Case No. 17-12048-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Oct 25, 2018
                       Form ID: pdf900      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
```
db           +Robert Stewart,    6160 Newtown Avenue,    Philadelphia, PA 19111-5928
db           +Robert Stewart,    MAILING ADDRESS,    2041 West Indiana Avenue,    Philadelphia, PA 19132-1519
13888841     +Concord Servicing,    4150 N. Drinkwater Blvd. Suite 200,    Scottsdale, AZ 85251-3643
13888842     +Convergent Outrsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
13889072     +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13888843     +Credit Acceptance Co.,    25505 West 12 Mile,    Southfield, MI 48034-8316
13941412     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13888845     +Midland Mortgage,    999 N.W. Grand Boulevard,    Suite 100,    Oklahoma City, OK 73118-6051
13888846     +Philadelphia Gas Works,    PO Box 3500,    Philadelphia, PA 19122-0500
13888847      Philadelphia Water Revenue Bureau,    1401 John F. Kennedy Boulevard,
               Philadelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:52     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2018 02:37:27
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2018 02:37:44     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:52     City of Philadelphia,
               c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,    Philadelphia, PA  19102
13888840     +E-mail/Text: broman@amhfcu.org Oct 26 2018 02:37:38     American Heritage,    2060 Red Lion Road,
               Philadelphia, PA 19115-1699
13978403      E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:52     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13888844     +E-mail/Text: bknotices@mbandw.com Oct 26 2018 02:37:44     McCarthy, Burgess & Wolf,
               26000 Cannon Road,    Cleveland, OH 44146-1807
13928998     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2018 02:39:41     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
```
         CHRISTOPHER BOKAS    on behalf of Debtor Robert Stewart ChristopherBokas@gmail.com,
          paralegaledp@yahoo.com
         JOSHUA DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
          karena.blaylock@phila.gov
         KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT STEWART          Chapter 13

Debtor        Bankruptcy No. 17-12048-MDC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this 25th day of October, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTOPHER BOKAS
20 WEST 3RD ST

MEDIA, PA 19063-

Debtor:
ROBERT STEWART

2041 WEST INDIANA AVENUE

PHILADELPHIA, PA 19132-